# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE LOUISE MASTIN,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | |
| | : | **NO. 16-3741** |
| **NANCY A. BERRYHILL,**[1] | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 30th day of October, 2017, upon consideration of Plaintiff's Request for Review (Doc. No. 14), the Commissioner of Social Security's response (Doc. No. 17), Plaintiff's reply brief (Doc. No. 18), and the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 21), and there being no objections, it is **ORDERED** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. The final decision of the Commissioner denying disability benefits to plaintiff is **VACATED**; and

3. The matter is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

                                                         **BY THE COURT:**

                                                         **/s/ Mitchell S. Goldberg**

                                                         **MITCHELL S. GOLDBERG, J.**

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Fed. R. Civ. P. 2(d), Nancy A. Berryhill has been substituted for Carolyn Colvin as the defendant in this suit.